| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) SEIBERT, JAMES E. | 2. Court or Organization US DISTRICT COURT, NDWV | 3. Date of Report 11/21/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE; FULL TIME | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 1125 CHAPLINE STREET WHEELING, WV 26003 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | POWER OF ATTORNEY | CHECKING ACCOUNT |
| 2. | ADVISORY COMMITTEE | WHEELING AUTO CLUB FUND (Community Foundation of the Ohio Valley) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SELF EMPLOYED REAL ESTATE AGENT (Independent Contractor Realtor) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NML INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | L |
| 2. | GUARDIAN INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | J |
| 3. | SUN LIFE INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MAIN STREET BANK - ACCOUNT #1 | A | Interest | J | T | | | | | |
| 2. MAIN STREET BANK - ACCOUNT #2 | A | Interest | J | T | | | | | |
| 3. UNITED BANK - ACCOUNT #1 | A | Interest | J | T | | | | | |
| 4. UNITED BANK - ACCOUNT #2 | A | Interest | J | T | | | | | |
| 5. UNITED BANK - ACCOUNT #3 | A | Interest | J | T | | | | | |
| 6. UNITED BANK - Christmas Savings Account | A | Interest | J | T | | | | | |
| 7. MAIN STREET BANK - Certificate of Deposit | A | Interest | J | T | | | | | |
| 8. MAIN STREET BANK - Common Stock | A | Dividend | J | T | | | | | |
| 9. SUN LIFE FINANCIAL - Common Stock | A | Dividend | J | T | | | | | |
| 10. LEWIS COUNTY, WV - Gas Royalty Interest | A | Royalty | J | W | | | | | |
| 11. DIRECT ONLINE MARKETING - Note Receivable | B | Interest | M | T | | | | | |
| 12. JDS INVESTMENTS, LLC - Rental Property #1 (Ohio Cty, WV) | A | Rent | M | U | | | | | |
| 13. JDS INVESTMENTS, LLC - Rental Property #2 (Ohio Cty, WV) | E | Rent | M | W | | | | | |
| 14. JDS INVESTMENTS, LLC - Rental Property #2 (Ohio Cty, WV) | A | Royalty | J | W | | | | | |
| 15. SUN LIFE ASSURANCE - Whole Life Policy | A | Dividend | J | T | | | | | |
| 16. GUARDIAN - Whole Life Policy #1 | A | Dividend | J | T | | | | | |
| 17. GUARDIAN - Whole Life Policy #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NML - Whole Life Policy #1 | A | Dividend | K | T | | | | | |
| 19. NML - Whole Life Policy #2 | A | Dividend | K | T | | | | | |
| 20. NML - Whole Life Policy #3 | A | Dividend | K | T | | | | | |
| 21. NML - Whole Life Policy #4 | B | Dividend | K | T | | | | | |
| 22. NML - Whole Life Policy #5 | A | Dividend | J | T | | | | | |
| 23. NML - Whole Life Policy #6 | A | Dividend | J | T | | | | | |
| 24. NML - Whole Life Policy #7 | A | Dividend | J | T | | | | | |
| 25. NML - Whole Life Policy #8 | H2 | Dividend | J | T | | | | | |
| 26. SUMMIT BROKERAGE SEP - Money Market | A | Int./Div. | J | T | | | | | |
| 27. SUMMIT BROKERAGE SEP - BP Common Stock | A | Int./Div. | J | T | | | | | |
| 28. SUMMIT BROKERAGE SEP - RSTK Main Street Common Stock | C | Int./Div. | K | T | | | | | |
| 29. SUMMIT BROKERAGE SEP - American Growth & Income Mutual Fund | E | Int./Div. | M | T | | | | | |
| 30. SUMMIT BROKERAGE SEP - American Growth Mutual Fund | E | Int./Div. | M | T | | | | | |
| 31. SUMMIT BROKERAGE SEP - American Funds Moderate Growth & Income Fund | D | Int./Div. | L | T | | | | | |
| 32. SUMMIT BROKERAGE SEP - JPMC Common Stock (X) | E | Int./Div. | K | T | Buy | 04/25/17 | K | | |
| 33. PRUDENTIAL APEX ANNUITY - TRowe Price Large Cap Growth | B | Int./Div. | K | T | | | | | |
| 34. PRUDENTIAL APEX ANNUITY - Small Cap Growth Opportunity | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PRUDENTIAL APEX ANNUITY - Goldman Sachs Mid Cap Growth | B | Int./Div. | K | T | | | | | |
| 36. PRUDENTIAL APEX ANNUITY - Golman Sachs Small Cap Value | B | Int./Div. | K | T | | | | | |
| 37. PRUDENTIAL APEX ANNUITY - Small Cap Growth | C | Int./Div. | K | T | | | | | |
| 38. PRUDENTIAL APEX ANNUITY - MFS Global Equity | B | Int./Div. | K | T | | | | | |
| 39. PRUDENTIAL APEX ANNUITY - BlackRock Loomis Sayles | B | Int./Div. | J | T | | | | | |
| 40. PRUDENTIAL APEX ANNUITY - Western Asset Core Plus Bond | B | Int./Div. | J | T | | | | | |
| 41. GOLD FR ROOSTER | | None | J | W | | | | | |
| 42. SILVER EAGLE | | None | J | W | | | | | |
| 43. PEREFRINE PHARMACEUTICALS - Common Stock | | None | J | W | | | | | |
| 44. CANAAN VALLEY - 50% Duplex Home (X) | F | None | M | R | Buy | 01/01/17 | L | | |
| 45. FIRST CHOICE REAL ESTATE | A | None | J | T | Distributed (part) | 12/31/17 | J | | |
| 46. KJT, LLC RENTAL PROPERTY #1 | A | None | J | T | Distributed (part) | 12/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 11/21/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ITEM #12 - Property is located in Wheeling, WV and is residential, family owned real estate

ITEMS #13 & 14 - Property is located in Triadelephia, WV, and is commercial, family owned real estate

ITEM #31 - Previously named American Balanced Mutual Fund. Name was changed to American Funds Moderate Growth & Income Fund (c)

ITEM #32 - Purchase Cost was $17,904.05. Grew in value to $21,388 by 12/31/2017

ITEM #44 - Property located in Canaan Valley, WV which is in Tucker County.

ITEM #45 - The interest in this partnership was in the process of being distributed at 12/31/2017. No income was earned from this Partnership in 2017; and no distribution was received in 2017.

ITEM #46 - The interest in this partnership was in the process of being distributed at 12/31/2017. No income was earned from this Partnership in 2017; and no distribution was received in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES E. SEIBERT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544